UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. O.P.,<br><br>        Petitioner,<br><br>   v.<br><br>TONYA ANDREWS, Facility Administrator, et al.,<br><br>        Respondents. | Case No.: 1:25-cv-00721-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST TO PROCEED UNDER INITIALS<br><br>[Doc. 3] |

      Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's June 18, 2025, motion to proceed under initials. (Doc. 3.)

      The Ninth Circuit has held that "a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." Does I thru XXIII v. Advanced Textile Corp., 214 F.3d 1058, 1068 (9th Cir. 2000). In determining the need for anonymity, the Court must evaluate the following factors: 1) the severity of the threatened harm; (2) the reasonableness of the anonymous party's fears; (3) the anonymous party's vulnerability to such retaliation; (4) the precise prejudice at each stage of the proceedings to the opposing party and whether proceedings may be structured so as to mitigate that prejudice; and (5) whether the

public's interest in the case would be best served by requiring that the litigant reveals his or her identity. Id. at 1068-69.

Petitioner is a Honduran national who has applied for protection under the Convention Against Torture. He fears persecution and retaliation from criminal street gangs in Honduras and California should his identity be revealed. The current lawsuit would reveal Petitioner's identity, age, current location and future county of residence within the United States.  Petitioner's fears are credible and satisfy the first three factors.  Further, the Court does not find Respondent will be prejudiced should Petitioner proceed using initials. As Petitioner notes, Respondent has been informed of Petitioner's identity. The Court finds Petitioner's need for anonymity outweighs the public's interest in knowing his identity.

For the foregoing reasons, Petitioner's motion to proceed under initials is GRANTED.

IT IS SO ORDERED.

Dated:   **June 23, 2025**                           /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE